**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**(CHARLESTON)**

| | | |
|---|---|---|
| **SANDI GREENHOWE** | : | **Case No. 2:18-cv-0895** |
| | : | |
| **Plaintiff,** | : | **Judge John T. Copenhaver, Jr.** |
| | : | |
| **v.** | : | |
| | : | |
| **VIRTUS PHARMACEUTICALS, LLC,** | : | |
| **et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to this action have reached a settlement of all claims. Accordingly, pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(ii), the Parties hereby agree and stipulate that Plaintiffs' claims against all Defendants are hereby dismissed with prejudice, with all Parties to bear their own costs.

RESPECTFULLY SUBMITTED,

/s/ *David C. Harman*
David C. Harman (*Pro Hac Vice*)
Burg Simpson Eldredge Hersh & Jardine, P.C.
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
Tel: (513) 852-5600
Fax: (513) 852-5611
dharman@burgsimpson.com

and

Dan Snuffer (WV Bar No. 9777)
Preston & Salango, P.L.L.C.
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
Tel: (304) 342-0512
Fax: (304) 342-0513
dsnuffer@wvlawyer.com
*Attorneys for Plaintiff*

/s/ *J. David Fenwick (with consent)*
J. David Fenwick (WV Bar No. 6029)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
Tel: (304) 346-7000
jdf@goodwingoodwin.com

*Attorney for Defendant Pharmatech, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all Parties that have entered an appearance by operation of the Court's electronic filing system.

Defendants Virtus Pharmaceuticals, LLC and Virtus Pharmaceuticals OPCO II, LLC have not entered an appearance in this matter. Accordingly, I also hereby certify that on February 25, 2019, a copy of the foregoing was served by email upon Virtus Pharmaceuticals, LLC and Virtus Pharmaceuticals OPCO II, LLC, courtesy of their attorney Nicole Battisti (nbattisti@morrisonmahoney.com).

*/s/ David C. Harman*
David C. Harman